# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2025

### NO. 03-23-00459-CV

**Farm and Ranch Freedom Alliance, Appellant**

**v.**

**The Texas Department of Agriculture and Sid Miller, in His Official Capacity as Commissioner, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court on May 2, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.